UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF13210 (rev 09/2012)

In re:

**David Lee Pemberton**,
SSN: xxx–xx–4945     EIN: NA
   1500 Motocross Rd
   Mitchell, IN 47446

**Amanda Darlene Pemberton**,
SSN: xxx–xx–0692     EIN: NA
   1500 Motocross Rd
   Mitchell, IN 47446
      Debtor(s).

Case No. **14–90991–BHL–13**

## NOTICE OF FILING OF CHAPTER 13 PLAN

A(n) Chapter 13 Plan was filed on May 14, 2014, by Debtor David Lee Pemberton and Joint Debtor Amanda Darlene Pemberton. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by June 13, 2014, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtors and the chapter 13 trustee.

If no objections are filed, the Court may confirm the plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  May 16, 2014

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court